UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TASLIMA SULTANA AND
MOHAMMAD SALIM,

                Plaintiffs,

                                **ORDER**

    -against-

                                05 CV 654 (RJD)(MDG)

TOM RIDGE SECRETARY OF
HOMELAND SECURITY, et al.,

                Defendants.
-----------------------------------------------------------X
DEARIE, District Judge.

      Plaintiffs commenced this action on February 3, 2005. Magistrate Judge Go directed plaintiffs to complete service and file returns by July 1, 2005. Judge Go subsequently extended the period for plaintiffs to serve the defendants to September 12, 2005. By Order dated September 28, 2005, Judge Go determined that plaintiffs had neither filed returns of service nor otherwise responded to the court's orders. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Judge Go recommended that the Court sua sponte dismiss the action without prejudice.

      No objections have been filed. Accordingly, the Court adopts Judge Go's recommendation that the action be dismissed without prejudice pursuant to Rule 4(m) in all respects without qualification.

SO ORDERED.

Dated: Brooklyn, New York
       November ___, 2005

                                              s/ Judge Raymond J. Dearie
                                              RAYMOND J. DEARIE
                                              United States District Judge